# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                                **CRIMINAL ACTION NO. 2:08CR138-P-S**

**UNTAUSESS BOBO,**                                                             **DEFENDANT.**

## ORDER CONTINUING TRIAL

This matter comes before the court upon the defendant's motion to continue trial [20]. After due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for January 25, 2010. Defense counsel requests a continuance to accommodate previously-scheduled court matters that conflict with the current trial date. The Government does not object to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(7)(A), the period of delay from January 25, 2010 until the new trial date to be set in this matter. The time is excludable under subsection (h)(7)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant more time to prepare for the instant case and the new indictment against him. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The defendant's motion to continue trial [20] is **GRANTED**;

(2) Trial of this matter is continued until Monday, March 22, 2010 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from January 25, 2010 to March 22, 2010 is excluded from Speedy Trial Act

considerations as set out above;

    (4) The deadline for filing pretrial motions is March 1, 2010; and

    (5) The deadline for submitting a plea agreement is March 8, 2010.

**SO ORDERED** this the 5th day of January, A.D., 2010.

                                                   /s/ W. Allen Pepper, Jr.
                                                 W. ALLEN PEPPER, JR.
                                                 UNITED STATES DISTRICT JUDGE